IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

    Plaintiff,                      No. CIV 2:08-cv-0630 FCD JFM (PC)

    vs.

PLEASANT VALLEY STATE
PRISON, et al.,

    Defendants.               ORDER

_____/

        Plaintiff, a state prisoner at Pleasant Valley State Prison, initiated this action with a document styled as a motion by which plaintiff sought leave to file a civil rights action in the Sacramento Division of this Court.[1] By order filed May 29, 2008, plaintiff's motion was denied without prejudice and plaintiff was granted thirty days in which to file a complaint and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

        On June 4, 2008, plaintiff filed a motion for court-ordered access to the prison law library. On June 16, 2008 and June 27, 2008, plaintiff filed applications to proceed in forma

---

[1] It appeared from the motion that plaintiff seeks to raise one or more claims of interference with his right of access to the courts against prison officials at Pleasant Valley State Prison in Coalinga, California. Coalinga is in Fresno County, which is part of the Fresno Division of this Court. By order filed May 29, 2008, plaintiff was informed that this action will, as appropriate, be transferred to the Fresno Division of this Court should the allegations of a complaint filed pursuant to this order demonstrate that venue is proper in that division.

pauperis. On June 16, 2008 and June 18, 2008, plaintiff filed motions for an extension of time to file a complaint. Finally, on June 16, 2008, June 27, 2008, and July 17, 2008, plaintiff filed requests for court orders requiring a state Board of Claims to return to plaintiff documents relevant to the § 1983 claims he seeks to bring in this action.

After review of the record herein, and good cause appearing, the California Attorney General will be directed to respond to plaintiff's contentions concerning alleged denial of access to the prison law library and to legal materials. The court has no authority to require the state Board of Claims to return documents to plaintiff and will not make any orders in that regard. Plaintiff will be granted an additional period of thirty days in which to file a complaint. Ruling on plaintiff's in forma pauperis application is deferred pending the filing of a complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within twenty days from the date of this order, the California Attorney General shall respond to the contentions in documents filed by plaintiff on June 4, 2008 and June 27, 2008, concerning alleged denial of access to the prison law library and to legal materials;

2. Plaintiff's June 16, 2008 and June 18, 2008 requests for extension of time are granted;

3. Plaintiff is granted thirty days from the date of this order to file a complaint; and

4. Plaintiff's June 16, 2008, June 27, 2008, and July 17, 2008, requests for orders to return documents are denied.

DATED: July 21, 2008.

UNITED STATES MAGISTRATE JUDGE

12
diet0630.ext