IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

    Plaintiff,               No. 2:08-cv-0630 FCD JFM (PC)

    vs.

PLEASANT VALLEY STATE
PRISON, et al.,

    Defendants.          <u>ORDER</u>

                                /

        Plaintiff has requested an extension of time to file and serve objections to this court's September 9, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 22, 2008 application for an extension of time is granted; and

        2. Plaintiff shall file and serve objections to the September 9, 2008 findings and recommendations on or before October 28, 2008.

DATED: September 30, 2008.

                                                          [signature]
                              UNITED STATES MAGISTRATE JUDGE

12/mp
diet0630.36