IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL L. DIETLE,

    Plaintiff,                      No. 2:08-cv-0630 FCD JFM (PC)

    vs.

PLEASANT VALLEY STATE PRISON, et al.,

    Defendants.                ORDER

        Plaintiff, is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff commenced this action by filing a document styled as a motion, pursuant to which he sought leave to file a civil rights action in the Sacramento Division of this Court. No other pleadings were filed by plaintiff at that time. By order filed May 29, 2008, plaintiff's motion was denied without prejudice and plaintiff was granted thirty days to file a complaint and to submit an application requesting leave to proceed in forma pauperis or the appropriate filing fee.[1] On June 16, 2008, plaintiff filed an application to proceed in forma

---

[1] In the May 29, 2008 order, the court noted it appeared that plaintiff sought to raise one or more claims of interference with his right of access to the courts against prison officials at Pleasant Valley State Prison in Coalinga, California. Plaintiff was informed that this action will, as appropriate, be transferred to the Fresno Division of this Court should the allegations of a complaint filed pursuant to this order demonstrate that venue is proper in that division.

1

1  pauperis. Plaintiff sought, <u>inter alia</u>, an extension of time to file a complaint, which was granted
2  by order filed July 21, 2008.²

3        Plaintiff failed to timely file a complaint and on September 9, 2008, this court
4  issued findings and recommendations recommending dismissal of the action without prejudice.
5  After receiving an extension of time, on October 10, 2008, plaintiff filed objections to the
6  findings and recommendations. In the objections, plaintiff contends that he timely filed a
7  complaint before the extended deadline of August 20, 2008. There is no record of that complaint
8  in this action. Plaintiff has, however, appended a civil rights complaint to his objections. Good
9  cause appearing, the findings and recommendations will be vacated.

10        In his complaint, plaintiff alleges violations of his civil rights by defendants. The
11  alleged violations took place in Fresno County, which is part of the Fresno Division of the
12  United States District Court for the Eastern District of California. <u>See</u> Local Rule 3-120(d).

13        Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in
14  the proper division of a court may, on the court's own motion, be transferred to the proper
15  division of the court. Therefore, this action will be transferred to the Fresno Division of the
16  court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
17  request to proceed in forma pauperis.

18        Good cause appearing, IT IS HEREBY ORDERED that:

19        1. The findings and recommendations filed September 9, 2008 are vacated;

20        2. This court has not ruled on plaintiff's request to proceed in forma pauperis;

21        3. This action is transferred to the United States District Court for the Eastern
22  District of California sitting in Fresno; and

23  /////

24

---

25     ² Plaintiff also filed documents alleging interference with his access to the prison law
26  library. In the July 21, 2008 order, the court directed the California Attorney General to respond to those allegations. The Attorney General filed an informal response on September 4, 2008.

1  4. All future filings shall reference the new Fresno case number assigned and
2 shall be filed at:
3       United States District Court
      Eastern District of California
4       2500 Tulare Street
      Fresno, CA 93721
5
6 DATED: October 28, 2008.
7
8             _____
            UNITED STATES MAGISTRATE JUDGE
9
10 12
  diet0630.22
11

3