# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. DIETLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-01652-GSA PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO FILE COURT RECORD PAGES 33-40 OF DOCUMENT 20 AS COMPLAINT<br><br>(Doc. 20)<br><br>ORDER DENYING MOTIONS FOR LAW LIBRARY ACCESS AND LEGAL MATERIAL ACCESS FOR LACK OF JURISDICTION<br><br>(Docs. 6 and 12)<br><br>ORDER DIRECTING CLERK'S OFFICE TO TERMINATE ATTORNEY GENERAL'S OFFICE AS COUNSEL OF RECORD FOR DEFENDANTS, FOLLOWING SERVICE OF THIS ORDER |

## I.　Submission of Complaint

Plaintiff Darrell L. Dietle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was initiated on March 21, 2008, in the Sacramento Division of the Eastern District of California via the filing of a motion. Plaintiff was ordered to file a complaint on May 29, 2008, and following the apparent failure of Plaintiff to file a complaint, the Court recommended dismissal of this action for failure to obey a court order on September 9, 2008. Plaintiff objected to the dismissal and attached as Exhibit B a copy of the complaint he alleges he submitted in compliance with the Court's order. The Court then vacated the recommendation, and transferred the action to this division on October 29, 2008.

1     The Clerk's Office shall be directed to file the complaint.

2 **II.   Motions for Law Library Access and Access to Legal Material**

3     After initiating this action but prior to transfer, Plaintiff filed several motions seeking an order mandating that he be allowed law library access at High Desert State Prison, where he is currently housed. On July 21, 2008, the Court ordered the Attorney General's Office to respond to Plaintiff's allegations that he is being denied access to the law library and legal materials. Deputy Attorney General Megan O'Carroll made a special appearance on September 4, 2008, in response to the order. As a result of the special appearance, Ms. O'Carroll was added, *for administrative purposes only*, as counsel for the defendants.

    Federal courts are courts of limited jurisdiction, and as a preliminary matter, the Court must have before it an actual case or controversy. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); Jones v. City of Los Angeles, 444 F.3d 1118, 1126 (9th Cir. 2006). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. Id.

    The events at issue in this action occurred at Pleasant Valley State Prison during the time Plaintiff was incarcerated there. (Doc. 20, Ex. B.) Because an order mandating law library access and/or access to specific materials at High Desert State Prison would not remedy the claims alleged in this action, the Court lacks jurisdiction to issue the orders sought by Plaintiff.[1]

    Plaintiff's motions shall be denied, and following service of this order, the Clerk's Office shall administratively terminate the Attorney General's Office as counsel for defendants.

///

///

---

[1] Plaintiff does not have a constitutional right to litigate effectively once in court. Lewis v. Casey, 518 U.S. 343, 354 (1996). However, if the interference with law library access and/or the deprivation of legal material lead to the suffering of an actual injury to a qualifying court case, Plaintiff may have a viable claim for denial of access to the courts. Such a claim would accrue if and only if Plaintiff suffers an actual injury to a direct criminal appeal, habeas petition, or civil rights action. Id. Because High Desert State Prison is in the Sacramento Division, claims against personnel at that prison arising out of Plaintiff's current conditions of confinement must be brought in that division.

**III.** <u>Order</u>

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk's Office shall file separately court record pages 33-40 of document 20 as the complaint;

2. Plaintiff's motions for court ordered access to the law library and legal materials, filed June 4, 2008, and June 27, 2008, are DENIED for lack of jurisdiction; and

3. After serving this order on the Deputy Attorney General Megan O'Carroll, the Clerk's Office shall administratively terminate the Attorney General's Office as counsel for defendants.

IT IS SO ORDERED.

Dated:   **October 30, 2008**                    /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE