# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. DIETLE,<br><br>        Plaintiff,<br><br>    v.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:08-cv-01652-GSA PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A ONE YEAR EXTENSION OF TIME, AND A GRANTING SIXTY DAY EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(Doc. 30)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COMPLAINT FORM AND COURTESY COPY OF SCREENING ORDER (DOC. 26) |

        Plaintiff Darrell L. Dietle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 10, 2008, the Court dismissed Plaintiff's complaint, with leave to amend within thirty days, for failure to state any claims upon which relief may be granted. On December 4, 2008, Plaintiff filed a motion seeking a one year extension of time to comply due to his placement in administrative segregation without his legal material.

        There are no grounds supporting Plaintiff's extraordinary request for a one year extension of time. The Court's screening order provided Plaintiff with the legal standards applicable to his claims and detailed notice of the deficiencies. Compliance with the Court's order requires only that Plaintiff review the screening order and draft an amended complaint setting forth the facts in support of his legal claims. Plaintiff should have personal knowledge of those facts. Independent legal

research is unnecessary and as set forth in the Court's form complaint, Plaintiff should not make legal arguments or cite to case law.  In the event that Plaintiff is no longer in possession of the screening order or the form complaint, the Court will direct the Clerk's Office to send those documents to Plaintiff.

The Court HEREBY ORDERS as follows:

1. Plaintiff's motion for a one year extension of time is DENIED;
2. Plaintiff is GRANTED a **sixty (60) day** extension of time to file an amended complaint in compliance with the Court's order of November 10, 2008; and
3. The Clerk's Office shall send Plaintiff a form complaint and a courtesy copy of the screening order filed on November 10, 2008.

IT IS SO ORDERED.

Dated:   **December 10, 2008**                    /s/ **Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE