# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. DIETLE,<br><br>    Plaintiff,<br><br>    v.<br><br>PLEASANT VALLEY STATE<br>PRISON, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:08-cv-01652-GSA PC<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 1, 26, and 31) |

Plaintiff Darrell L. Dietle ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff filed this action on March 21, 2008. On November 10, 2008, the Court dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). On December 11, 2008, Plaintiff was granted a sixty-day extension of time to amend. More than sixty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///

---

[1] Pursuant to Plaintiff's written consent, filed December 12, 2008, and Appendix A(k)(4) of the Local Rules of the Eastern District of California, this case is assigned to the undersigned to conduct any and all proceedings.

     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY ORDERED DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under section 1983.

     IT IS SO ORDERED.

     **Dated:   March 5, 2009**　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE